IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTIN RIVERA, | No. C-10-5376 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| BARACK OBAMA, | |
| Defendant(s). | |

This civil rights action by a prisoner was filed on November 29, 2010. Doc. #1. The Court notified Plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison account and a copy of his prison trust account statement for the last six months obtained from the appropriate prison official. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of

the action. Doc. #2.

Over forty days have elapsed since Plaintiff was notified of his filing deficiency; however, he has neither provided the Court with the requisite items nor filed a request for an extension of time to do so. The action, therefore, is DISMISSED without prejudice.

The Clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED   _1/11/11_                  _____
                                    THELTON E. HENDERSON
                                    United States District Judge

G:\PRO-SE\TEH\CR.10\Rivera-10-5376-ifp-dismissal.wpd

**2**